UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 25-2574

_____


MEMPHIS STREET ACADEMY CHARTER SCHOOL AT J.P. JONES; PATRICE
RODGERS, on her own behalf, and on behalf of her minor child GR; NICAURIS
ESTEVES, on her own behalf, and on behalf of her minor child EE; TAWANDA
PATTON, on her own behalf, and on behalf of her minor child TP; NASHEEYA
BURCH, on her own behalf, and on behalf of her minor child NB; VALERIANO
GLORIA, on her own behalf, and on behalf of her minor child VG; DENISSE
PELUYERA, on her own behalf, and on behalf of her minor children KS, PN, JR; LUIS
VELAZQUAS, on his own behalf, and on behalf of his minor children LV and NV,
Appellants

v.

SCHOOL DISTRICT OF PHILADELPHIA

_____


(E.D. Pa. No. 2:22-cv-02760)

_____


SUR PETITION FOR REHEARING

_____


Present:  SHWARTZ, BIBAS, and PHIPPS, <u>Circuit</u> <u>Judges</u>


        The petition for rehearing filed by Appellant in the above-entitled case

having been submitted to the judges who participated in the decision of this Court, it is

hereby ORDERED that the petition for rehearing by the panel is granted.  The Clerk is

directed to vacate the opinion and judgement entered on March 5, 2026 and then file the amended opinion and re-enter the judgment.

The petition for rehearing in the above-entitled case having also been submitted to all the available circuit judges of the circuit in regular active service, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the Court en banc is denied.

BY THE COURT,

s/Patty Shwartz
Circuit Judge

Dated: April 7, 2026
JK/cc:  All Counsel of Record